[Nos. 33964-5-III; 34338-3-III.   Division Three.   June 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY HOWARD KELLER, *Appellant*.

*In the Matter of the Personal Restraint of* JEFFREY HOWARD KELLER, *Petitioner*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-01229-1, Bruce A. Spanner, J., entered December 17, 2015, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 34033-3-III.   Division Three.   June 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADEN SCOTT HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-8-00573-0, Salvatore F. Cozza, J., entered December 15, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 34226-3-III.   Division Three.   June 27, 2017.]

*In the Matter of the Estate of* DOROTHY C. MILLER.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 11-4-00161-8, John W. Lohrmann, J., entered March 17, 2016. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway and Pennell, JJ.